

# NUMBER 13-12-00209-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **ROBERT TROBICH, WILLIAM BEHRENS, AND MICHAEL PORTER,** | **Appellants,** |
| **v.** | |
| **R. BRUCE THARPE AND CHRISTOPHER JAMES RONQUILLO,** | **Appellees.** |

### On appeal from the County Court at Law No. 1 of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

The appellants' brief in the above cause was due on September 25, 2012. On October 17, 2012, the Clerk of the Court notified appellants that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of

receipt of the Court's letter, appellants reasonably explained the failure and the appellees were not significantly injured by the appellants' failure to timely file a brief. To date, no response has been received from appellants.

Appellants have failed to either reasonably explain their failure to file the brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* Tex. R. App. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the 29th
day of November, 2012.